# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK T. VANWITZENBURG,**

        **Plaintiff,**

**-vs-**                        **Case No. 6:06-cv-1599-Orl-DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **[UNOPPOSED] MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 13)**
>
> **FILED:**      May 16, 2007
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner of Social Security for the following reasons:

> For an Administrative Law Judge ("ALJ") to further consider plaintiff's residual functional capacity, including his mental limitations; obtain medical expert testimony if needed to resolve inconsistencies in the evidence with respect to plaintiff's mental impairments, including his alcohol use; and obtain vocational expert testimony concerning jobs plaintiff could perform with his limitations. Plaintiff will also have a new hearing and an opportunity to submit additional medical evidence.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record