# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARK T. VANWITZENBURG,**

    **Plaintiff,**

**-vs-**                 **Case No. 6:06-cv-1599-Orl-DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR ATTORNEY'S FEES (Doc. No. 17)**
>
> **FILED:**   August 20, 2007
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2007.

              *David A. Baker*
              DAVID A. BAKER
           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record